432 A.2d 261

Dic Concrete Corp., Appellant v. Blust et al.

Argued March 20, 1979. Stanton Dubin, for appellant; Alan Jay Davis, for Blust, Blewett and Fab, appellees; A. Richard Gerber, for Kober, appellee.

Before VAN der VOORT, HESTER and WIEAND, JJ.

Order affirmed.